July 2, 1976

M. P. No. 75-195. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY *v.* PUBLIC UTILITIES COMMISSION *et al.* Cause comes before the court on petitioner's motion for a suspension

of the Commission's order dated June 27, 1975, and respondents' objection thereto. After due consideration, court decided to assign case to the Calendar for Thursday, July 8, 1976, at 9:30 a.m. for oral argument. That argument will be confined narrowly to the following five issues: (1) the erosion adjustment; (2) the cost of equity; (3) purchases from Western Electric; (4) the working capital allowance, and (5) the degree to which the preceding factors will be reflected in the ultimate rate structure; so that if a bond is necessary pursuant to G. L. 1956 (1969 Reenactment) §39-5-4, court will be able to fix the amount of that bond. *Peter J. McGinn, Andrew A. DiPrete, Tillinghast, Collins & Graham,* for petitioner. *Dennis J. Roberts II, Roberts & Willey Inc., Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondents.